■ In the Matter of the Claim of BARTHOLOMEW IANNUCCI, Appellant, against CITY OF NEW YORK, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of HARRY LEDERMAN et al.— Motion for stay granted. It appears impracticable and unnecessary to require an undertaking in this case. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ JOHN D. MARTIN et al., Respondents, v. HARRY R. SHIELDS et al., Appellants.—Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of WILLIAM A. MEEKS, Appellant, against LAURENCE J. RICE, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ PEARL MUTHIG, Respondent, v. CHARLES MUTHIG, Appellant.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ. [See post, p. 929.]

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES OLIVER, Relator, against J. VERNEL JACKSON, as Warden of Clinton Prison, Defendant.— Application for an order to show cause in the nature of mandamus. Application denied for the reason that no meritorious grounds are shown in the papers presented to justify such an order. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE TEABOUT, Appellant.— Application for an order to show cause in the nature of mandamus denied upon the ground that no meritorious basis is shown for such relief. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of THOMAS WELDON, Appellant, against SUNSHINE BISCUITS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.